**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Eva Garcia v. Gustavo Gallardo

Appellate case number:    01-22-00029-CV

Trial court case number:   2020-55783

Trial court:                        246th District Court of Harris County

       Appellant, Eva Garcia, has filed a second request for extension of time to file her appellate brief. Appellant's brief was last due April 25, 2022. On June 14, 2022, appellant filed a motion requesting an extension until August 14, 2022 in which to file her brief.

       Appellant's motion is **granted in part.** Appellant's brief is due **July 25, 2022**.

       It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually


Date: June 23, 2022